IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MANDIE J. DAVIS, )
 )
        Plaintiff, )
 )
vs. ) No. CIV-12-984-C
 )
CAROLYN W. COLVIN, Acting )
Commissioner, Social Security )
Administration, )
 )
        Defendant. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on February 20, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 27) of the Magistrate Judge is adopted in its entirety, and this matter is remanded to the Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 18th day of March, 2014.

ROBIN J. CAUTHRON
United States District Judge